IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RATEEK ALLAH,

    Plaintiff

v.

MR. MARTINEZ, *et al.*,

    Defendants

CIVIL ACTION NO. 3:18-CV-1114

(Judge Caputo)

ORDER

AND NOW, this 23rd day of AUGUST, 2018, it is ORDERED that Mr. Allah's Motion for Reconsideration (ECF No. 15) is DENIED.

/s/ A. Richard Caputo
A. RICHARD CAPUTO
United States District Judge